```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 23832
   DARLENE CARTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-4002


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/19/2007 and was confirmed 03/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  33.87%.

     The case was dismissed after confirmation 10/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00          .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE          .00          .00            .00
CHASE MANHATTAN MORTGAGE  MORTGAGE NOTI   NOT FILED          .00            .00
COOK COUNTY TREASURER     SECURED           17177.15          .00        1908.60
CAPITAL ONE               UNSECURED          1957.98          .00            .00
CAPITAL ONE               NOTICE ONLY     NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED          1444.15          .00            .00
COMMONWEALTH EDISON       NOTICE ONLY     NOT FILED          .00            .00
COMED                     NOTICE ONLY     NOT FILED          .00            .00
DIRECT TV                 UNSECURED       NOT FILED          .00            .00
DIRECT TV                 NOTICE ONLY     NOT FILED          .00            .00
FARMERS INSURANCE EXCHAN  UNSECURED       NOT FILED          .00            .00
ARROW FINANCIAL SERV      UNSECURED           377.78          .00            .00
RJM AQUISITIONS FUNDING   UNSECURED            91.64          .00            .00
MIORMA                    NOTICE ONLY     NOT FILED          .00            .00
INSURE ONE                UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       NOT FILED          .00            .00
LOAN POINT USA            UNSECURED       NOT FILED          .00            .00
MCI IL                    UNSECURED       NOT FILED          .00            .00
LVNV FUNDING              NOTICE ONLY     NOT FILED          .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED          .00            .00
PROFESSIONAL ANESTHESIA   NOTICE ONLY     NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED          .00            .00
PAYDAY LOAN STORE         UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          4521.81          .00            .00
PROVIDIAN                 NOTICE ONLY     NOT FILED          .00            .00
RUSH OAK PARK HOSPITAL    UNSECURED       NOT FILED          .00            .00
RUSH UNIVERSITY MED CENT  NOTICE ONLY     NOT FILED          .00            .00
SONIC PAYDAY LOAN         UNSECURED       NOT FILED          .00            .00
TCF BANK                  UNSECURED       NOT FILED          .00            .00
WEST SUBURBAN HOSPITAL    UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23832 DARLENE CARTER
```

```
WEST SUBURBAN MEDICAL CE NOTICE ONLY    NOT FILED                .00              .00
CHASE MANHATTAN MTG CORP MORTGAGE NOTI  NOT FILED                .00              .00
ROUNDUP FUNDING LLC      UNSECURED          737.40               .00              .00
DAVID CARTER             NOTICE ONLY    NOT FILED                .00              .00
GLEASON & GLEASON LLC    DEBTOR ATTY      3,000.00                             27.08
TOM VAUGHN               TRUSTEE                                              168.32
DEBTOR REFUND            REFUND                                                  .00
```

Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
```
TRUSTEE                         2,104.00

PRIORITY                                                  .00
SECURED                                               1,908.60
UNSECURED                                                 .00
ADMINISTRATIVE                                          27.08
TRUSTEE COMPENSATION                                   168.32
DEBTOR REFUND                                             .00
                              ---------------       ---------------
TOTALS                          2,104.00              2,104.00
```

　　　Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 01/26/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 23832 DARLENE CARTER